UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **CELINE J. TOLINI,**       ) | |
|     **Plaintiff**               ) | |
|                                        ) | |
| **v.**                                ) | |
|                                        ) | **Civil No. 05-230-P-S** |
| **JOANNE B. BARNHART,** ) | |
| **Commissioner**              ) | |
| **Social Security Administration,** ) | |
|                                        ) | |
|     **Defendant**              ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 29, 2006, his Recommended Decision (Docket No. 9). Plaintiff filed her Objection to the Recommended Decision (Docket No. 10) on October 4, 2006. Defendant filed her Response to Objection (Docket No. 11) on October 4, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. The decision of the Commissioner is (Docket No. 6) AFFIRMED.

    /s/ George Z. Singal
George Z. Singal
Chief U.S. District Judge

Dated: October 6, 2006